UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL DOMITROVICH individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>vs.<br><br>M.C. DEAN, INC.,<br><br>           Defendant. | Civil Action No. 1:23-cv-00210 (CMH/JFA) |

## ORDER

The Court, having considered the parties' filings and the relevant legal authorities, **GRANTS** Plaintiffs' Joint Motion as follows:

1.  The actions *Russell Domitrovich v. M.C. Dean, Inc.* Eastern District of Virginia Case No. 1:23-cv-00210 and *Thomas Gussie v. M.C. Dean, Inc.* Eastern District of Virginia Case No. 1:22-cv-01416 shall be consolidated under the *Domitrovich* case number;

2.  Laura Van Note of Cole & Van Note and Ryan D. Maxey of Morgan & Morgan Complex Business Division shall be appointed interim co-lead counsel for the consolidated cases.

**IT IS SO ORDERED.**

*/s/ Claude M. Hilton*
Claude M. Hilton
United States District Judge

Dated: March 27, 2023
Alexandria, Virginia

1