IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>M.C. DEAN, INC.<br><br>    Defendant. | Civil Action No. 1:23-cv-00210 |

## ORDER

THIS MATTER comes before the Court on Defendant M.C. Dean, Inc.'s Motion to Dismiss Plaintiffs' Complaint. It appearing to the Court that Plaintiffs' Complaint states a claim upon which relief may be had, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 24, 2023