IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

M.C. DEAN, INC.,

    Defendant.

Civil Action No. 1:23-cv-00210-CMH-JFA

## WAIVER OF HEARING

Plaintiffs, by counsel, waive hearing on their Motion for Preliminary Approval and To Direct Notice of Proposed Settlement To The Class.

Dated: January 29, 2024

Respectfully Submitted,

**WEBSTER BOOK LLP**

*/s/ Steven T. Webster*
Steven T. Webster (V.S.B. No. 31975)
300 N. Washington St., Suite 404
Alexandria, Virginia 22314
(888) 987-9991

**COLE & VAN NOTE**

Laura Van Note, Esq. (CA S.B. #310160)
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

Patrick A. Barthle
201 N. Franklin Street, 7th Floor

Tampa, Florida 33602
(813) 223-5505
pbarthle@ForThePeople.com

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
ryan@maxeyfirm.com


*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP