# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> M.C. DEAN, INC., <br><br> Defendant. | Civil Action No. 1:23-cv-00210-CMH-JFA |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD TO PLAINTIFFS

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's February 1, 2024 Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval and to Direct Notice of Proposed Settlement to the Class (ECF No. 62), Plaintiffs, through Class Counsel, respectfully bring this Motion to the Court seeking an award of attorneys' fees, reimbursement of expenses, and a service award to Plaintiffs Russell Domitrovich and Thomas Gussie.

This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs; the Declaration Ryan D. Maxey in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs; and attached exhibits, and all files, records, and proceedings in this matter.

Plaintiffs intend to file a proposed Order regarding Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award in the forthcoming filing pertaining to Plaintiff's Motion for Final Approval of Class Action Settlement.

1

Dated: May 10, 2024

Respectfully Submitted,

**WEBSTER BOOK LLP**

*/s/ Steven T. Webster*
Steven T. Webster (V.S.B. No. 31975)
300 N. Washington St., Suite 404
Alexandria, Virginia 22314
(888) 987-9991

**COLE & VAN NOTE**

Laura Van Note, Esq. (CA S.B. #310160)
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

Patrick A. Barthle
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
pbarthle@ForThePeople.com

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
ryan@maxeyfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP
