# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> M.C. DEAN, INC., <br><br> Defendant. | Civil Action No. 1:23-cv-00210-CMH-JFA |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT
## AND CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs move for entry of an order granting final approval of this proposed class action settlement and certifying the settlement class. For the reasons set forth below, Plaintiffs respectfully request that the Court, after the final approval hearing scheduled for August 23, 2024, grant this motion, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs, and enter a final judgment dismissing this case. This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; Declaration of Cameron R. Azari, Esq. of Epiq Class Action and Claims Solutions, Inc. Regarding Settlement Administration (Exhibit 1 to the Memorandum); the Declaration of Co-Class Counsel Ryan D. Maxey in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (Exhibit 2 to the Memorandum), and all files, records, and proceedings in this matter.

Date: August 2, 2024              Respectfully submitted,

*/s/ Steven T. Webster*
**WEBSTER BOOK LLP**

Steven T. Webster (V.S.B. No. 31975)
300 N. Washington St., Suite 404
Alexandria, Virginia 22314
(888) 987-9991

**COLE & VAN NOTE**

Laura Van Note, Esq. (CA S.B. #310160)
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

Patrick A. Barthle
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
pbarthle@ForThePeople.com

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
ryan@maxeyfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP