IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M.C. DEAN, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00210-CMH-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, August 23, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will present argument in support of their Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (ECF No. 66).

Dated: August 7, 2024

Respectfully Submitted,

**WEBSTER BOOK LLP**

*/s/ Steven T. Webster*
Steven T. Webster (V.S.B. No. 31975)
300 N. Washington St., Suite 404
Alexandria, Virginia 22314
(888) 987-9991

**COLE & VAN NOTE**

Laura Van Note, Esq. (CA S.B. #310160)
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

Patrick A. Barthle
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
pbarthle@ForThePeople.com

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
ryan@maxeyfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP
