# CIVIL MOTION MINUTES

Date: 08/23/24

Judge: Hilton
Reporter: R. Montgomery

Time: 10:37am -10:39am

Civil Action Number: 1:23cv210

Russell Domitrovich    vs.   M.C. Dean, Inc.

Appearances of Counsel for    ( X) Pltf    ( X) Deft

Motion to/for:
#66 Pltf Motion to Certify Class and for Final Approval of Class Action Settlement

Argued &
(X) Granted    ( ) Denied  ( ) Granted in part/Denied in part
( )Held in Abeyance ( ) Taken Under Advisement   ( ) Continued to ( ) Overruled

( ) Memorandum Opinion to Follow

(X )   Order to follow