# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| RUSSELL DOMITROVICH and THOMAS GUSSIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M.C. DEAN, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00210-CMH-JFA |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the parties have filed a proposed Final Approval Order.

Dated: August 26, 2024

Respectfully Submitted,

**WEBSTER BOOK LLP**

*/s/ Steven T. Webster*
Steven T. Webster (V.S.B. No. 31975)
2300 Wilson Blvd., Suite 728
Arlington, Virginia 22201
(888) 987-9991

**COLE & VAN NOTE**

Laura Van Note, Esq. (CA S.B. #310160)
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

Patrick A. Barthle
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
pbarthle@ForThePeople.com

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
ryan@maxeyfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP